**LEILA W. MORGAN**
California Bar No. 232874
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07MJ2564 |
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| JORGE ALBERTO VEGA, | ) |
| Defendant. | ) |

    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                   Respectfully submitted,

Dated: November 6, 2007         /s/ *Leila W. Morgan*
                                       **LEILA W. MORGAN**
                                       Federal Defenders of San Diego, Inc.
                                       Leila_Morgan@fd.org
                                       Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED: November 6, 2007                    */s/ Leila W. Morgan*
                                           **LEILA W. MORGAN**
                                           Federal Defenders of San Diego, Inc.
                                           Leila_Morgan@fd.org