UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 07 MJ 2564 |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| JORGE Alberto Vega | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

LUCAS SICAIROS - URREA

DATED: 11/15/07

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
            DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk